**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| LAWRENCE WHALEY, | Case No.: **2:23-cv-1393-DCN** |
| Plaintiff, | |
| v. | **PLAINTIFF'S RESPONSES TO THE** |
| | **COURT'S 26.01** |
| RENTGROW, INC. | **INTERROGATORIES** |
| Defendants. | |

Pursuant to Local Rule 26.01, Plaintiff submits the following response to the Interrogatories listed on Rule 26.01.

**A. State the full name, address, and telephone numbers of all persons or legal entities who may have subrogation interest in each claim and state the basis and extent of said interest.**

None known at this time.

**B. As to each claim, state whether it should be tried by jury or non-jury and why.**

Plaintiff's claims under the Fair Credit Reporting Act should be tried to a jury because Plaintiff desires for a jury of her peers to determine the wrongdoing as alleged in each claim.

**C. State whether the party submitting these response is a publicly owned company and separately identify (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and (3) each publicly-owned company in which the party owns ten percent (10%) or mor of the outstanding**

**shares.**

Plaintiff is not a publicly owned company.

1. Each publicly owned company of which is a parent, subsidiary, partner, or affiliate. None.

2. Each publicly owned company which owns 10% or more of the outstanding shares or other indicia of ownership of the party; and None.

3. Each publicly owned company in which the party owns 10% or more of the outstanding shares. None.

**D. State the basis for asserting the claim in the division in which it was filed (or the basis if any challenge to the appropriateness of the division). See Local Civil Rule 3.01.**

The division was chosen because the division is where a substantial part of the events or omission giving rise to the claim occurred. This division is also where defendant did business relating to the events or omissions alleged in the complaint.

Also, Plaintiff resides in this division.

**E. Is the action related in whole or in part to any matter filed in this District, whether civil or criminal?**

No

RESPECTFULLY SUBMITTED this 6th day of April 2023.

*/s/ Dawn McCraw*
Dawn McCraw (SCB #105059)
Consumer Attorneys
8245 N 85th Way
Scottsdale, AZ 85258
T: (602) 807-1527
F: (718) 715- 1750
E: dmccraw@consumerattorneys.com
*Attorneys for Plaintiff*
*Lawrence Whaley*

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Dawn McCraw*